# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 18 WM 2024

Respondent    :

v.    :

JONATHAN ZACHARY VOORHIS,    :

Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of June, 2024, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* and the "Motion to Provide Verifiable Evidence" are DENIED.